SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Joseph Ferrari

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S.04-288 LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO** |
| v. ) | **CONTINUE BRIEFING SCHEDULE** |
| ) | |
| JOSEPH FERRARI, ) | DATE: September 27, 2005 |
| ) | TIME: 9:30 a.m. |
| Defendant. ) | COURT: Hon. Lawrence K. Karlton |
| _____ ) | |

Joseph Ferrari, by and through his undersigned counsel, Shari Rusk and the United States of America, by and through Assistant United States Attorney Phil Ferrari, hereby agree and stipulate that the motions schedule previously set in this case should be vacated and time for the motions hearing be set for September 27, 2005.

The new briefing schedule would be as follows:

    Defendant's Reply Brief: September 6, 2005

    Government's Opposition Reply: September 20, 2005

    Hearing on Motions: September 27, 2005.

////

////

////

////

1  The reasons for this request are as follows.  Counsel was appointed
2  in this matter on April 12, 2005, subsequent to motions being filed
3  by Mr. Ferrari's previous counsel.  The government filed opposition
4  to those motions.  At the time of appointment, in consultation with
5  a defense investigator, Mr. Ferrari requested three additional weeks
6  for new counsel to review discovery, motions and conduct
7  investigation. Mr. Ferrari's investigator, Robert Storey, has been
8  actively engaged in investigation essential to issues raised in the
9  suppression motion.  Mr. Storey's investigation is not yet complete.
10 The investigation will take approximately three more weeks.

11      Counsel is expecting a child in late May.  Counsel therefore
12 requests that any evidentiary hearing be continued until September.
13 Mr. Ferrari understands his Speedy Trial rights in this matter and
14 agrees to waive time while his motions are pending.  The government
15 has no objection to this request.  Therefore, it is respectfully
16 requested that the hearing on May 17, 2005 be moved to September 27,
17 2005 and the briefing schedule be moved accordingly.  Mr. Ferrari
18 asks that this Court find that counsel needs reasonable time to prepare
19 and that the time be excluded through the date of September 27, 2005 due
20 to the pendency of motions pursuant to 18 U.S.C. §3161(h)(1)(F),
21 (h)(8)(iv) and Local Code T4.

                                    Respectfully submitted,

                                    Shari Rusk
24 Dated: May 9, 2005               /s/ Shari Rusk
                                    Attorney for Defendant
                                    Joseph S. Ferrari


27 Dated: May 9, 2005               Phil Ferrari
                                    /s/ Phil Ferrari
28                                  Assistant United States Attorney

2

**ORDER**

IT IS SO ORDERED.

Dated:  May 12, 2005

                                           /s/Lawrence K. Karlton
Hon. Lawrence K. Karlton
United States District Court Judge