```
1  SHARI RUSK, Bar #170313
   ATTORNEY AT LAW
2  1710 BROADWAY, SUITE 111
   Sacramento, California 95818
3  Telephone: (916) 804-8656

4  Attorney for Defendant
   Joseph Ferrari
5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,   )   NO. CR. S.04-288 LKK
                            )
          Plaintiff,        )
                            )   STIPULATION AND ORDER TO
     v.                     )   CONTINUE EVIDENTIARY HEARING
                            )
JOSEPH FERRARI,             )   DATE: October 26, 2005
                            )   TIME: 9:30 a.m.
          Defendant.        )   COURT: Hon. Lawrence K. Karlton
                            )
_____ )
```

Joseph Ferrari, by and through his undersigned counsel, Shari Rusk and the United States of America, by and through Assistant United States Attorney Phil Ferrari, hereby agree and stipulate that the evidentiary hearing previously scheduled for October 26, 2005 be continued to December 6, 2005. This request is based on availability of witnesses, counsel's schedule and the understanding that this date is available with the Court.

Mr. Ferrari understands his Speedy Trial rights in this matter and agrees to waive time while his motions are pending. The government has no objection to this request. Therefore, it is respectfully requested that the hearing on October 26, 2005 be moved to December 6, 2005.

Mr. Ferrari asks that this Court find that counsel needs reasonable time to prepare for the hearing and that the time be excluded through the date of December 6, 2005 due to the pendency of motions pursuant to 18 U.S.C. §3161(h)(1)(F), (h)(8)(iv) and Local Code T4.

Respectfully submitted,

Dated: October 25, 2005        /s/Shari Rusk
                               Shari Rusk
                               Attorney for Defendant
                               Joseph S. Ferrari

Dated: October 25, 2005         /s/ Phil Ferrari
                                Phil Ferrari
                                Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: October 25, 2005

/s/ Lawrence K. Karlton
Hon. Lawrence K. Karlton
United States District Court Judge

2