UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-04-288 LKK

    Plaintiff,

  v.                     O R D E R

JOSEPH STEVEN FERRARI,

    Defendant.
_____/

    The court is in receipt of the Government's request for clarification, which the court treats as a motion for reconsideration. The motion is DENIED. Each of the matters alluded to in the Government's motion is a proper subject for the hearing heretofore ordered.

    IT IS SO ORDERED.

    DATED: November 29, 2005.

                            /s/Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT