SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Joseph Ferrari

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | NO. CR. S.0-288 LKK |
| ) | |
| Plaintiff,  ) | **ORDER** |
| ) | |
| v.  ) | **DATE:** November 14, 2006 |
| ) | **TIME:** 9:30 A.M. |
| JOSEPH FERRARI,  ) | **COURT:** HON. JUDGE LAWRENCE K. KARLTON |
| ) | |
| Defendant.  ) | |
| ) | |
| _____  ) | |

Joseph Ferrari pled guilty on December 13, 2005 to four counts of distribution of methamphetamine in violation of 21 U.S.C. § 841(a)(1). At that time, Mr. Ferrari's understanding, in accordance with the written plea agreement was that in exchange for his truthful & substantial cooperation with the government he could receive up to a fifty percent reduction on his sentence. After entering his plea Mr. Ferrari was debriefed by both federal and local law enforcement officers. Mr. Ferrari met with officers and the federal prosecutor every time he was asked. Mr. Ferrari was entirely truthful and gave information at his own peril. After Mr. Ferrari began cooperating he was attacked at the Sacramento County jail and he was subsequently moved to the Yolo County jail. Mr. Ferrari cooperated in a local

1 homicide investigation, in which officers indicated he was very
2 helpful. Mr. Ferrari cooperated in a federal investigation in which
3 several people were arrested and convicted. Mr. Ferrari also gave
4 a great deal more information which he believes to be useful and
5 helpful to the government. As a result of Mr. Ferrari's substantial
6 cooperation and aid to the government, he should receive a
7 substantially reduced sentence.

8 Late in the day on Thursday, November 9, 2006, Mr. Ferrari
9 first learned, through the government's 5K1.1 letter in support of
10 its motion to this Court that the government only intended to make
11 a motion for a 25% reduction in Mr. Ferrari's sentence. The
12 government recommends a sentence of 176 months. This meager
13 sentence reduction is far lower than Mr. Ferrari expected in light
14 of his continued, significant and fruitful assistance to the
15 government. The recommended sentence is excessive. The
16 government's 5K1.1 letter inaccurately depicts Mr. Ferrari's
17 cooperation. In light of the government's recommendation, Mr.
18 Ferrari requests that the November 14, 2006 judgment and sentencing
19 be vacated to allow the defense to file its own 5K1.1 motion. Mr.
20 Ferrari requests that the matter be calendared for a Status
21 Conference regarding sentencing on in two weeks on November 28,
22 2006, if that date is available with the Court.

23
24                                  Respectfully submitted,
25                                  Shari Rusk
   Dated: November 12, 2006         /s/ Shari Rusk
26                                  Attorney for Defendant
                                    Joseph S. Ferrari
27
28

2

1
2
3
4                                    **ORDER**
5
   IT IS SO ORDERED.
6
   Dated: November 13, 2006
7
8
9
                                         _____
10                                       LAWRENCE K. KARLTON
                                         SENIOR JUDGE
11                                       UNITED STATES DISTRICT COURT
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28